UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00416-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER |
| | ) | |
| NOE ROSAS AGUILAR | ) | |

Upon defendant's motion to seal [DE 34 ], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 34 ] be Sealed and remain sealed until such time as the Court may direct [DE 34 ] be unsealed.

So Ordered, this the 6th day of September, 2018.

MALCOLM J. HOWARD
Senior United States District Judge