UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:17-CR-416-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ) | |
| NOE ROSAS AGUILAR, ) | |
| Defendant ) | |

Upon motion of retained counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 42 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 28th day of December, 2018.

_____
The Honorable Kimberly A. Swank
United States Magistrate Judge